**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:15-cv-81325**

BANK OF AMERICA, N.A., Successor by Merger to BAC Home Loans Servicing LP, f/k/a Countrywide Home Loans Servicing,

    Plaintiff,

v.

GARY L. ZASKEY A/K/A GARY LYNN ZASKEY; LORI A. ZASKEY A/K/A LORI ANN ZASKEY; BRENDA LYNN ZASKEY; UNKNOWN SPOUSE OF BRENDA LYNN ZASKEY, *et al.*,

    Defendants.
_____ /

GARY L. ZASKEY and LORI A. ZASKEY,

    Counter-Plaintiffs/

v.

BANK OF AMERICA, N.A., GREEN TREE SERVICING, LLC; HARBOR LAND TITLE, L.C.; and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

    Counter-Defendants / Third Party Defendants.
_____ /

**THIRD-PARTY DEFENDANT GREEN TREE SERVICING'S RESPONSE**
**TO THIRD-PARTY PLAINTIFFS' STATEMENT OF MATERIAL FACTS**
**<u>AND DECLARATION OF GARY ZASKEY</u>**